IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| SERGEY RAYLYAN, aka Yevgeney Meresko | § | |
| | § | CIVIL ACTION NO. 6:12CV345 |
| v. | | |
| | § | |
| UNITED STATES OF AMERICA | | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contain her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (document #6) recommends that the complaint be dismissed without prejudice for failure to prosecute. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is **DISMISSED** without prejudice pursuant to Fed.R.Civ.P. 41(b). Any motion not previously ruled on is **DENIED**.

**It is SO ORDERED.**

**SIGNED this 8th day of August, 2012.**

*/s/ Michael Schneider*
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE